

# United States District Court
## Eastern District of California

| JORGE LEONEL NIEVES LALVAY |
|---|

Plaintiff(s)

Case Number: | 1:26-cv-03927-DC-SCR |

V.

| CHRISTOPHER CHESTNUT, Warden Califor |
|---|

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, CUSTODIO A. ROMERO _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
JORGE LEONEL NIEVES, LALVAY, PETITIONER

On _____ 01/25/2007 _____ (date), I was admitted to practice and presently in good standing in the SUPREME COURT OF NEW JERSEY _____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 5/14/2026

Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

Applicant's Name: CUSTODIO A. ROMERO

Law Firm Name: THE ROMERO FIRM, LLC

Address: 400 MARKET STREET, 4TH FLOOR

City: NEWARK    State: NJ    Zip: 07105

Phone Number w/Area Code: (973) 344-4600

City and State of Residence: NEW YORK, NY

Primary E-mail Address: cromero@theromerofirm.com

Secondary E-mail Address: shyppolite@theromerofirm.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: NICOLETTE GLAZER, ESQ.

Law Firm Name: LAW OFFICES OF LARRY R. GLAZER

Address: 2121 AVENUE OF THE STARS, 8TH FLOOR

City: CENTURY CITY    State: CA    Zip: 90067

Phone Number w/Area Code: (310) 407-5353    Bar # 209713

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 26, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE